IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DWAYNE BENNETT, )
)
        Plaintiff, )
)
  v. ) 1:25-cv-761
)
SHERRIFF OF PITT COUNTY, )
)
        Defendants. )

## ORDER

On September 9, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's claim is **DISMISSED** for lack of federal subject matter jurisdiction, **WITHOUT PREJUDICE** to him clarifying and re-filing his claims against individual officers for deliberate indifference under § 1983 if he believes he can state such a claim.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of November, 2025.

／s／ William L. Osteen, Jr.
United States District Judge